**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MOKTAR HOSSAIN,** | § | **CRIMINAL NO. 5:18-CR-0912-S2** |
| AKA Muktar Hussain, AKA Musa, | § | |
| AKA Musa Bhai, AKA Babu Bhai, | § | |
| AKA Ashraf, AKA Ashrab, | § | |
| AKA Ricky, AKA Carlos, | § | **UNDER SEAL** |
| | § | |
| **MOHAMAD MILON HOSSAIN,** | § | |
| AKA Milon Miah, AKA Milon Mia, | § | |
| AKA Milon, AKA Melon, and | § | |
| | § | |
| **SAIFULLAH AL-MAMUN,** | § | |
| AKA Saiful Al-Mamun, | § | |
| AKA Saiful Islam | § | |

**MOTION TO SEAL SECOND SUPERSEDING INDICTMENT, ENTER WARRANT IN NCIC**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States, by and through the United States Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section, respectfully requests the Court enter an order directing the Clerk of the Court to SEAL the Second Superseding Indictment and the Motion and Order to Seal in the above-referenced case as to only defendant **SAIFULLAH AL-MAMUN**, AKA Saiful Al-Mamun, AKA Saiful Islam, until the arrest of the individually named defendant, at which time it is requested that this Indictment, Motion and Order be unsealed, only as to the defendant arrested. The United States also respectfully requests the Court enter an order directing the United States Marshal's Service for the Southern District of Texas enter the Warrant for Arrest of the above defendant(s) into the National Crime Information Center (NCIC) database upon the oral or written request of any Trial Attorney in the United States Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section. The United States also requests that the Court permit law enforcement to disclose the Indictment and Warrant for Arrest as may be necessary for law enforcement during the arrest and extradition and/or parole process.

Respectfully submitted,

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division
Department of Justice

By: ______________________
Erin Cox – IL Bar No. 6308801
James Hepburn – PA Bar No. 200051
Trial Attorneys
Human Rights and Special Prosecutions
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW, 3rd Floor
Washington, D.C. 20530
202-598-2771
erin.cox@usdoj.gov