United States District Court
Southern District of Texas
**ENTERED**
October 10, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | |
| | § | |
| **MOKTAR HOSSAIN,** AKA Muktar Hussain, AKA Musa, AKA Musa Bhai, AKA Babu Bhai, AKA Ashraf, AKA Ashrab, AKA Ricky, AKA Carlos, | § | **CRIMINAL NO. 5:18-CR-0912-S2** |
| | § | |
| **MOHAMAD MILON HOSSAIN,** AKA Milon Mia, AKA Milon, AKA Melon, and | § | **UNDER SEAL** |
| | § | |
| **SAIFULLAH AL-MAMUN,** AKA Saiful Al-Mamun, AKA Saiful Islam | § | |

**ORDER TO SEAL SECOND SUPERSEDING INDICTMENT, ENTER WARRANT IN NCIC**

The Government's Motion to SEAL the above-referenced Second Superseding Indictment and Motion and Order to Seal as to the above defendants is hereby GRANTED until the arrest of defendant **Saifullah Al-Mamun**, AKA Saiful Al-Mamun, AKA Saiful Islam, at which time this Superseding Indictment, Motion and Order shall be unsealed. The United States Marshal's Service for the Southern District of Texas is also hereby ORDERED to enter the Warrant for Arrest of **Saifullah Al-Mamun**, AKA Saiful Al-Mamun, AKA Saiful Islam, into the National Crime Information Center (NCIC) database UPON THE ORAL OR WRITTEN REQUEST of any Trial Attorney in the United States Department of Justice, Criminal Division, Human Rights and Special Prosecutions Section. Law enforcement is hereby PERMITTED to disclose the Indictment and

Warrant for Arrest as may be necessary for law enforcement during the arrest and extradition and/or parole process.

DONE at Laredo, Texas, on this 9th day of October, 2019.

UNITED STATES MAGISTRATE JUDGE