United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 5:18−cr−00912 |
| | § | |
| | § | |
| Saifullah Al−Mamun | § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Saifullah Al−Mamun, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Roberto Balli**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on July 13, 2026.

Christopher dos Santos
United States Magistrate Judge