United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 5:18−cr−00912 |
| | § | |
| Saifullah Al−Mamun | § | |
| | § | |

**<u>BRADY AND FINANCIAL DISCLOSURE ORDER</u>**

In accordance with Federal Rule of Criminal Procedure 5(f), the Government is hereby ORDERED to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Furthermore, the Government is reminded that there are potential consequences, to include sanctions, for violating this Order.

In accordance with Federal Rule of Criminal Procedure 12.4, the parties are ORDERED to file a Certificate of Interested Persons identifying any nongovernmental corporate party or organizational victim with financial interest in the outcome of this litigation within 28 days after the defendant's initial appearance and promptly file a later statement if any required information under Rule 12.4(a) changes.

IT IS SO ORDERED.

**SIGNED** on July 13, 2026, at Laredo, Texas.



Christopher dos Santos
United States Magistrate Judge