United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

Saifullah Al−Mamun
*Defendant*

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Case Number: 5:18−cr−00912

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for July 17, 2026 at 10:00 AM before United States Magistrate Judge Christopher dos Santos at 1300 Victoria, Courtroom 3C, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Christopher dos Santos
United States Magistrate Judge

Date: **July 13, 2026**