# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

JUL 17 2026 MLR

Nathan Ochsner, Clerk
Laredo Division

**UNITED STATES OF AMERICA** §
§
**vs.** § **CRIMINAL NO. 5:18-CR-00912**
§
**SAIFULLAH AL-MAMUN** §

## DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Saifullah Al-Mamun, Defendant, files this as his response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his right to the detention hearing, subject to his right to bring a motion concerning detention at a later date.

[signature]
SAIFULLAH AL-MAMUN, Defendant

Respectfully submitted,

7-17-26
Date

*/s/ Roberto Balli*
ROBERTO BALLI, Counsel for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and attest that all parties in interest listed below have received a true and correct copy of this motion by electronic mail from the Clerk of Court.

*/s/ Roberto Balli*
ROBERTO BALLI