**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 5:18-CR-0912-3** |
| | § | |
| **SAIFULLAH AL-MAMUN,** | § | |
| AKA Saiful Al-Mamun, | § | |
| AKA Saiful Islam | § | |

**ORDER ON GOVERNMENT'S UNOPPOSED MOTION TO DESIGNATE COMPLEX CASE AND TOLLING OF SPEEDY TRIAL PROVISIONS**

Came on this date to be considered the Government's Unopposed Motion For Designation As Complex Case and Tolling Of Speedy Trial Provisions in the above styled cause, and after considering the same, the Court is of the opinion that it should be GRANTED.

THE COURT HEREBY FINDS that the ends of justice will be served by granting the continuance and such ends of justice outweigh the interests of the public and the defendant in a speedy trial, based on the following factors:

1. The issues and facts in this case are unusual and complex, and it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act.

IT IS HEREBY ORDERED that the case is continued until the _____________, 2026 docket call.

IT IS ORDERED that the time period between the filing of the Government's instant motion and the date set above for docket call is subject to exclusion under the provisions of Title 18, United States Code, section 3161(h)(7).

Signed this ______ day of_________________, 2026.

______________________________

DIANA SALDANA
United States District Judge